ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth DIVISION

FILED
February 09, 2016
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

HONORABLE John McBryde, PRESIDING — COURT REPORTER: Debbie Saenz
DEPUTY CLERK: F. Arnold — USPO:
LAW CLERK: — INTERPRETER:

CR. No. 4:15-CR-185-A DEFT NO.01

UNITED STATES OF AMERICA § BRIAN POE, AUSA
§
v. §
§ RICHARD ROPER, RETAINED
AVAN NGUYEN § LU PHAM, RETAINED
Defendant's Name — Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

**SENTENCING**

Date Held: February 9, 2016 (Tuesday)
Hearing Type: ☐ Sentencing Hearing - Contested ✔Sentencing Hearing - Non-Evidentiary
Time in Court: 1 hr. 30 mins.
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ✔Settled/Guilty Plea ☐ None
Days in Trial: _________
Hearing Concluded: ✔ Yes ☐ No

✔ ....... Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**

☐ .. **Deft. placed on: Probation for ____________ months.**
✔ .. **Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _36__ months.**
✔ .. **Deft. placed on: Supervised Released for 1 year.**
✔ .. **Fine imposed in the amount of $250,000.**
☐ .. **Count(s) ___________ dismissed on government's motion.**
☐ .. **Order dismissing original Indictment/Information to be entered upon government's written motion.**
✔ .. **$100.00 special assessment on Count(s)_1_**
**of ☐ Complaint ✔Information ☐Indictment ☐ Superseding Indictment ☐ Superseding Information.**

☐ ....... Deft ordered to surrender to U.S. Marshal on ______________________________.
✔ ....... Deft ordered to surrender to the designated institution on **March 1, 2016 at or before 2:00 p.m.**
☐ ....... Deft failed to appear, bench warrant to issue.
✔ ....... Bond ✔continued ☐ revoked.
✔ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
☐ ....... Deft Custody/Detention continued.
☐ ....... Deft ORDERED into custody. ☐ Court recommends incarceration at ____________________________________.

✔OTHER PROCEEDINGS/INFORMATION: **Defendant ordered to determine from USM - Ft. Worth 2 days prior to 03/1/2016 the name and location of the designated institution.**